Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN DEFOREST, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>COMMONWEALTH FINANCIAL SYSTEMS, INC. )<br><br>Defendant. ) | Case No.<br>8:21-cv-00772-JLS-KES<br><br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to all named Defendants. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** August 18, 2021     **Law Offices of Todd M. Friedman, P.C.**


                    By: s/ Adrian R. Bacon
                       Adrian R. Bacon

## CERTIFICATE OF SERVICE

Filed electronically on August 18, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on August 18, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Adrian R. Bacon</u>
   Adrian R. Bacon